```
                                                              FILED
 1  JEFFER, MANGELS, BUTLER & MARMARO LLP
    Rod S. Berman (Bar No. 105444), RBerman@jmbm.com
 2  Stanley M. Gibson (Bar No. 162329), smg@jmbm.com    2008 OCT 27 PM 12:30
    1900 Avenue of the Stars, Seventh Floor
 3  Los Angeles, California 90067-4308                 CLERK U.S. DISTRICT COURT
    Telephone: (310) 203-8080                          CENTRAL DIST. OF CALIF.
 4  Facsimile: (310) 203-0567                                LOS ANGELES

                                                       BY_____
 5  Attorneys for Plaintiff
    AQUAWOOD, LLC, a California limited liability
 6  company
```

                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA

                         WESTERN DIVISION

| | |
|---|---|
| AQUAWOOD, LLC, a California limited liability company, | CASE NO. CV08-07068 DDP PLAx |
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **DECLARATORY RELIEF AND COMMON LAW UNFAIR COMPETITION** |
| TROPICAL VENTURES, LLC, a New York limited liability company, Ira Gross, an individual, and Alan Amron, an individual, | **DEMAND FOR JURY TRIAL** |
| Defendants. | |

   Plaintiff AquaWood, LLC ("Aquawood"), for its Complaint against Defendants Tropical Ventures, LLC ("Tropical Ventures"), Ira Gross and Alan Amron, alleges as follows:

   1.  This is an action for declaratory relief.

                           **THE PARTIES**

   2.  Plaintiff Aquawood is a limited liability company organized under the laws of the State of California, and with its principal place of business in Los

Angeles, California. As part of its business, Plaintiff Aquawood designs and markets in the U.S. water toys including the BANZAI Vortex Blast Water Slide.

3. Defendant Tropical Ventures is a limited liability company organized under the laws of the State of New York, and with its principal place of business in Hempstead, New York. On information and belief, Defendant Tropical Ventures owns a number of pending U.S. patent applications related to water slides including without limitation U.S. Application Serial No. 11/339,738 filed on January 25, 2006 (singly, the "'738 Application", and collectively with the other pending applications of Defendant Tropical Ventures, the "Patent Applications").

4. Defendant Ira Gross is an individual, who on information and belief, is a controlling officer of Defendant Tropical Ventures.

5. Defendant Alan Amron is an individual, who on information and belief, is a controlling officer of Defendant Tropical Ventures.

6. On information and belief, Defendants Ira Gross and Alan Amron directed and supervised the acts of Defendant Tropical Ventures as alleged hereinbelow, and as such, are personally liable for such acts of Defendant Tropical Ventures. Defendants Tropical Ventures, Ira Gross and Alan Amron shall hereinafter be referred to collectively as "Defendants."

## JURISDICTION AND VENUE

7. This Court has jurisdiction over this action under the provisions of the Declaratory Judgments Act, 28 U.S.C. §§ 2201 and 2202, and under 28 U.S.C. § 1338(a) in that the cause of action arises under the Patent Laws of the United States. Jurisdiction is also proper under 28 U.S.C. § 1331 (federal question) and further under § 1332 (diversity of citizenship) in that the parties are citizens of different states and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

8. Without limiting the foregoing, Defendants have conducted business in

this judicial district, in the State of California and have purposed directed there actions as alleged herein into this judicial district and at Plaintiff.

## FACTUAL BACKGROUND

9. Defendants have accused Plaintiff Aquawood of infringing its rights in one or more of the Patent Applications.

10. Plaintiff Aquawood contends:

(a) since the Patent Applications have not matured into issued patents, it cannot be liable for patent infringement;

(b) even if the pending claims of the '738 Application issue as a U.S. patent, Plaintiff Aquawood's marketing of its BANZAI Vortex Blast Water Slide would not infringe such claims; and

(c) Defendants allegations of infringement of the claims of Patent Applications constitutes unfair competition.

## FIRST CLAIM FOR RELIEF
### (Declaratory Relief)

11. Plaintiff Aquawood repeats and realleges each and every allegation contained in paragraphs 1 through 10 above.

12. Accordingly, a valid and justiciable controversy has arisen and exists between the parties. Plaintiff Aquawood desires a judicial determination and declaration of the respective rights and duties of the parties herein in accordance with its foregoing contentions. Such a determination and declaration is necessary and appropriate at this time in order that the parties may ascertain their respective rights and duties regarding the Patent Applications.

13. Defendants have published false threats that Plaintiff Aquawood has infringed its patent claims despite knowing that the Patent Applications have not issued as patents. In view of Defendants knowingly groundless allegations, Plaintiff

Aquawood is entitled to costs of suit and reasonable attorneys' fees pursuant to the "exceptional case" provision of 35 U.S.C. § 285.

## SECOND CLAIM FOR RELIEF

### (Common Law Unfair Competition)

14. Plaintiff Aquawood repeats and realleges each and every allegation contained in paragraphs 1 through 13 above.

15. Defendants' false threats of patent infringement constitutes common law unfair competition.

16. Plaintiff Aquawood has been damaged by Defendants actions as alleged above in an amount to be proven at trial.

17. Defendants actions were undertaken with intent and willfulness, justifying an award of punitive and/or exemplary damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Aquawood prays for judgment as follows:

1. For a judicial determination and a declaration that it has not infringed, contributed to the infringement of, or induced the infringement of any valid claim of any patent owned by Defendant Tropical Ventures or any claim of the '738 Application assuming it issued as a patent;

2. For damages for unfair competition;

3. For a punitive and/or exemplary damages for unfair competition;

4. For an injunction preventing Defendants from publishing false threats of patent infringement;

5. For costs of suit and reasonable attorneys' fees pursuant to the provisions of 35 U.S.C. § 285 and any other applicable law; and

6. For such other and further relief as the Court deems just and proper.

PRINTED ON RECYCLED PAPER

5681691v1

DATED: October 24, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROD S. BERMAN
STANLEY M. GIBSON

By: _____
ROD S. BERMAN
Attorneys for Plaintiff Aquawood LLC, a
California limited liability company

## DEMAND FOR JURY TRIAL

Plaintiff Aquawood hereby demands a jury trial as provided in Rule 38(a) in the Federal Rules of Civil Procedure.

DATED: October 24, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP
ROD S. BERMAN
STANLEY M. GIBSON

By: _____
ROD S. BERMAN
Attorneys for Plaintiff AQUAWOOD, LLC,
a California limited liability company

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Dean D. Pregerson and the assigned discovery Magistrate Judge is Paul L. Abrams.

The case number on all documents filed with the Court should read as follows:

**CV08- 7068 DDP (PLAx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AQUAWOOD, LLC, a California limited liability company<br>　　　　　　　　　　　　　　　PLAINTIFF(S)<br>　　　　v.<br>TROPICAL VENTURES, LLC a New York limited liability company, Ira Gross, an individual, and Alan Amron, an individual,<br>　　　　　　　　　　　　　　　DEFENDANT(S). | CASE NUMBER<br><br>**CV08-07068 DDP PLA**<br><br><br>SUMMONS |

TO: DEFENDANT(S): _to the above named defendants_

　　A lawsuit has been filed against you.

　　Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Rod S. Berman_____, whose address is _1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: __OCT 27 2008__　　　　　　　　By: _Natalie Hengeria_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　(Seal of the Court)


_[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)]._

---

CV-01A (12/07)　　　　　　　　　　　　　SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
AQUAWOOD, LLC, a California limited liability company

**DEFENDANTS**
TROPICAL VENTURES, LLC, a New York limited liability company, Ira Gross, an individual, and Alan Amron, an individual

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
ROD S. BERMAN (310) 203-8080
JEFFER, MANGELS, BUTLER & MARMARO, LLP
1900 AVENUE OF THE STARS, 7TH FLOOR, LOS ANGELES, CA 90067

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No  ☒ **MONEY DEMANDED IN COMPLAINT:** $ According to Proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Declaratory Relief (28 USC sections 2201, 2202)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/ PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☒ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**FOR OFFICE USE ONLY:**  Case Number: **CV08-07068**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | New York |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: **In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date October 27, 2008

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |